UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER VIEIRA,

                Plaintiff,

– *against* –

COMMISSIONER
OF SOCIAL SECURITY,

                Defendants.

**ORDER**

18 Civ. 7205 (ER) (BCM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/26/2019

      The Court is in receipt of Vieira's letter of December 19, 2019, Doc. 18, asking for an extension to file objections to Judge Moses' Report and Recommendation of November 27, 2019, Doc. 17. That request is GRANTED. Vieira is directed to file any objections with Judge Edgardo Ramos by January 31, 2020. The Clerk of Court is respectfully directed to mail a copy of this Order to Vieira.

It is SO ORDERED.

Dated:   December 26, 2019
           New York, New York

Vernon S. Broderick
United States District Judge PART I