**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
JENNIFER VIEIRA,

        Plaintiff,      18 **CIVIL** 7205 (ER) (BCM)

    -against-          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
        Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated March 31, 2020, the Court has carefully reviewed Judge Moses' thorough and well-reasoned R&R and finds no error, clear of otherwise. Accordingly, the Court adopts the R&R in its entirety; the Commissioner's Rule 12(c) motion is granted, and the case is closed.

**Dated:** New York, New York
     March 31, 2020

                  **RUBY J. KRAJICK**
                  _____
                  **Clerk of Court**
           **BY:**
                  _____
                  **Deputy Clerk**